

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Art at the Bodega, Inc. and Tricia Yocum, </br></br>Plaintiffs,</br></br>v.</br></br>Bottle & Bottega, Inc., an Illinois Corporation</br></br>Defendant. | )</br>)</br>)</br>)</br>) Case No. 15-cv-1454</br>)</br>)</br>)</br>)</br>) |

**COMPLAINT FOR DECLARATORY RELIEF &
CANCELLATION OF TRADEMARK REGISTRATIONS**

Plaintiffs Tricia Yocum and Art at the Bodega, Inc., bring this Complaint for declaratory judgment against Bottle & Bottega, Inc. ("B&B"), stating as follows:

**Nature of Action**

1. B&B has accused Yocum, personally, of infringing its trademark rights. Yocum and Art at the Bodega, Inc., a company she is the sole shareholder of, bring this action. They seek a declaration that Yocum and Art at the Bodega's use of the name ART AT THE BODEGA does not constitute trademark infringement or unfair competition under the Lanham Act, 15 U.S.C. §§ 1114 and 1125 or applicable Illinois laws. It is also an action, under the Lanham Act, 15 U.S.C. § 1119, seeking cancellation of the Defendant's registrations for the BOTTLE & BOTTEGA family of marks

**Parties**

2. Yocum is an individual residing in Washington, Illinois.

3. Yocum runs a business known as Art at the Bodega, Inc. It is an Illinois Corporation.

4. B&B is also an Illinois Corporation.

5.	B&B's corporate office is, upon information and belief, located in Chicago, Illinois.

## Jurisdiction & Venue

6.	Jurisdiction is proper in this court because this litigation arises under federal law, namely 17 U.S.C. § 1051 *et seq*, the Lanham Act. The Court has jurisdiction over the action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (trademarks), and 28 U.S.C. § 2201 (Declaratory Judgment Act).

7.	This Court has personal jurisdiction over B&B because it is an Illinois corporation, it has asserted that Yocum is purportedly infringing its rights in this District, and it has directed its false assertions of trademark infringement to Yocum in this District.

8.	Venue for this action is proper in the Central District of Illinois pursuant to 28 U.S.C. §§ 1391(b)(2) & (d).

## Yocum's Business

9.	Yocum, a real estate agent, decided to try her hand at entrepreneurship.

10.	She founded Art at the Bottega, Inc. in February 2015.

11.	She located her business, now known as Art at the Bodega, Inc., in Washington, Illinois.

12.	The word bodega is of Spanish origin.

13.	In Spain, bodega refers to a wine shop, winery, or even a bar that serves wine. In Latin America, bodega commonly refers to a storehouse for wine, a warehouse, or a store that sells, at least in part, wine.

14.	Otherwise, bodega refers to a wine shop or warehouse for storing wine.[1]

15.	In sum, the word bodega refers to a location that is associated with the buying or storing of wine.

---

[1] "Bodega." Merriam-Webster.com http://www.merriam-webster.com/dictionary/bodega (last accessed Oct. 27, 2015).

16. Notably, bodega does not relate to a studio or art in any manner.

17. Art at the Bodega provides individuals a space to "paint and sip" and art instruction.

18. Art at the Bodega caters to groups and provides painting instruction while its patrons enjoy wine, if they wish.

**Bottle & Bottega's History**

19. According to the Illinois Secretary of State, Bottle & Bottega, Inc. began as Bottles & Brushes, Inc., in late 2009.

20. In late July 2011, Bottles and Brushes, Inc. changed its corporate name to Bottle & Bottega, Inc.

21. B&B hosts art parties, providing painting instructors and allowing wine consumption within the studio.

22. B&B hosts these events in its own studios and as part of "pop-up" parties at temporary studios at other locations.

23. On May 15, 2012, B&B filed its application for registration of the BOTTLE & BOTTEGA mark on the Principal Register of trademarks. The United States Patent and Trademark Office assigned the application serial number 85626357.

24. Despite containing a foreign word, B&B did not supply the USPTO with a translation of bottega in its trademark application for the BOTTLE & BOTTEGA mark.

25. Bottega is a word of Italian origin.

26. Bottega refers to an artist's studio. According to Merriam-Webster's dictionary, it now means "the studio or workshop of a major artist in which other artists may participate in the execution of the projects or commissions of the major artist."[2]

27. Notably, the word bottega does not refer to a place to buy or store wine.

---
[2] "Bottega." Merriam-Webster.com http://www.merriam-webster.com/dictionary/bottega (last accessed Oct. 27, 2015).

28.     The USPTO registered BOTTLE & BOTTEGA on January 8, 2013, assigning it registration number 4,271,639.

29.     B&B also owns two other registrations, BOTTLE & BOTTEGA ART UNCORKED and BOTTLE & BOTTEGA ART UNCORKED (with design). The USPTO assigned registration numbers 4,075,276 and 4,075,276 to these marks.

### B&B's Acts Constituting Actual Controversy

30.     Originally, Yocum referred to her business at Art at the Bottega.

31.     B&B took exception to her use of the word Bottega in her business name.

32.     Rather than deal with a large company, Yocum simply selected a new name – Art at the Bodega.

33.     Despite the name ART AT THE BODEGA being substantially different from BOTTLE & BOTTEGA in appearance, sound, and meaning, B&B was not satisfied.

34.     On July 7, 2015, B&B, through its counsel, demanded that Yocum select a different name than ART AT THE BODEGA.

35.     Negotiations failed. Attorneys for the parties last discussed the matter telephonically in mid to late October. B&B demanded that Yocum and Art at the Bodega, Inc. change the business's name, with no alternatives presented. Given B&B's position and various discussions between counsel, Yocum reasonably apprehends that B&B will file suit against her.

### Count I
### Non-Infringement

36.     Yocum & Art at the Bodega, Inc. incorporate the foregoing paragraphs as if fully restated.

37. B&B has alleged, and Yocum and Art at the Bodega, Inc. deny, that the use of ART AT THE BODEGA constitutes trademark infringement and unfair competition under Lanham Act (15 U.S.C. §§ 1114 & 1125), or applicable Illinois laws.

38. These allegations, and threat of impending litigation, give rise to an actual controversy and dispute between the parties.

39. Yocum and Art at the Bodega, Inc. seek, under the Declaratory Judgment Act (28 U.S.C. § 2201(a)) and Rule 57 of the Federal Rules of Civil procedure, a declaration that use of ART AT THE BODEGA is lawful and does not constitute trademark infringement or unfair competition under any applicable law.

40. As explained above, the USPTO has issued trademark registrations to B&B for BOTTLE & BOTTEGA, BOTTLE & BOTTEGA, ART UNCORKED, and BOTTLE & BOTTEGA, ART UNCORKED (with design).

41. These marks merely describe B&B's services. BOTTLE for wine and BOTTEGA for the studio where students both learn how to create and assist in the execution of works of art. The marks are weak and entitled to little to no protection.

42. All of B&B's marks are significantly different in appearance from ART AT THE BODEGA.

43. All of B&B's marks sound significantly different from ART AT THE BODEGA.

44. The words BODEGA and BOTTEGA have wholly different meanings.

45. B&B has no locations near Washington, Illinois.

46. Art at the Bodega is not using B&B's marks in whole or part.

47. ART AT THE BODEGA is not confusingly similar to BOTTLE & BOTTEGA, BOTTLE & BOTTEGA ART UNCORKED, or BOTTLE & BOTTEGA ART UNCORKED (with design).

48. No customer of Art at the Bodega has expressed confusion about any possible association with B&B.

49. B&B's marks are not sufficiently famous for dilution or tarnishment to occur.

50. Yocum and Art at the Bodega, Inc. seek an Order from this Court declaring that they have not infringed upon the trademark rights, if any, of Bottle & Bottega, Inc.

### Prayer for Relief

WHEREFORE, Yocum and Art at the Bodega, Inc. pray that this Court declare that their use of ART AT THE BODEGA in connection with their business is entirely lawful and does not constitute trademark infringement or unfair competition under the Lanham Act or applicable Illinois laws

### Count II
### Invalidity of Trademarks

51. Yocum and Art at the Bodega, Inc. incorporate ¶¶ 1-35 as if fully restated.

52. Yocum and Art at the Bodega seek cancellation of the B&B's registrations under 15 U.S.C. § 1119.

53. The USPTO issued registrations for all of B&B's marks less than five years ago.

54. B&B's marks are contestable.

55. As explained above, the word "bottle" refers to alcoholic beverage containers.

56. As explained above, the word bottega refers to an artist's studio, particularly a studio where students both learn how to create and assist in the execution of works of art.

57. These two words describe exactly what B&B's services are.

58. The BOTTLE & BOTTEGA family of marks are merely descriptive.

59. The BOTTLE & BOTTEGA family of marks are neither distinctive nor have they achieved secondary meaning.

60. Accordingly, the BOTTLE & BOTTEGA family of marks do not qualify for registration under the Lanham Act, 15 U.S.C. §§ 1052(e)(1) and 15 U.S.C. §1064(3).

61. Registration was improvidently allowed and should be cancelled.

## Prayer for Relief

WHEREFORE, Yocum and Art at the Bodega, Inc. pray that this Court order the cancellation of registrations 4,075,276, 4,075,276, and 4,271,639, and further order such further relief as this Court finds just and proper.

## Jury Demand

The Plaintiffs demand a trial by jury on all triable issues in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

/s/ Jonathan LA Phillips
Jonathan LA Phillips
John T.D. Bathke
Shay Phillips, Ltd.
456 Fulton Street
Suite 255
Peoria, Illinois 61602
T - (309) 494-6155
F - (309) 494-6156
E - jphillips@skplawyers.com
    jbathke@skplawyers.com